760

for leave to proceed further *in forma pauperis,* denied. *Mr. Thomas H. Peeples* for petitioner. No appearance for the United States.

No. 943. NEW YORK CITY *v.* MURRAY, RECEIVER, ET AL. June 3, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. The CHIEF JUSTICE took no part in the consideration or decision of this application. *Messrs. C. Dickerman Williams* and *Samuel Seabury* for petitioner. *Messrs. Edwin S. S. Sunderland, John W. Davis, Nathan L. Miller, Charles E. Hughes, Jr.,* and *Carl M. Owen* for respondents.

No. 859. BRAUN ET AL. *v.* UNITED STATES. June 3, 1935. Petition for writ of certiorari to the Court of Claims denied. *Mr. Louis O. Bergh* for petitioners. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for the United States.

No. 866. EVERETT MILLS, INC. *v.* UNITED STATES. June 3, 1935. Petition for writ of certiorari to the Court of Claims denied. *Mr. O. Walker Taylor* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. Sewall Key* for the United States.

No. 877. PRATT & WHITNEY Co. *v.* UNITED STATES. June 3, 1935. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Karl D. Loos, Preston B. Kavanagh,* and *Preston C. King, Jr.,* for petitioner. *So-*